

# Third Court of Appeals

RECEIPT FOR CHECK-OUT RECORD
(CLOSED CASES)

RECEIVED

MAR 02 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

This is to acknowledge that I have taken receipt of the following items of this record. I understand that I am fully responsible for the care and custody of these items. **These items will be returned no later than the due date shown below.** These items were received by me in good condition, properly bound and certified by the appropriate Clerk or Court Reporter if applicable.

| | |
|---|---|
| Cause Number:  **03-12-00072-CV** | Retention Center No.: |

| |
|---|
| Name of Cause:  **Chris Taylor et al v Oakview Healthcare Residence Ltd** |

| |
|---|
| Items Checked out: |
| 1 volume of administrative record (1 black binder) |

| | |
|---|---|
| Date Items Checked Out: | Date Items are due:  **PERMANENT** |

| |
|---|
| Requested By: |
| Attorney:  Melissa Juarez |

| | |
|---|---|
| Signature: | Driver Lic.: |

| |
|---|
| Bar Card Number: |
| Firm/Agency:  Administrative Law Division |
| Address:  P.O. Box 12548 |
| Phone Number:  512-475-3209 |
| *********************************************************************************************** |
| Approved By:  Jeff Kyle |
| *********************************************************************************************** |
| Dates Items Returned:  **PERMANENT** |